

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Brian Farrell and
Christine K. Farrell,

No. 11-25-00244-CV

\* Original Mandamus Proceeding

\* August 29, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Relators' petition for writ of mandamus and concludes that, to the extent Relators request us to compel the withdrawal of the writ of possession issued by the justice court on August 6, 2025, Relators' petition for writ of mandamus should be dismissed as moot. With respect to all remaining requests, Relators' petition for writ of mandamus is denied.